956 F.2d 1171
 NOTICE: Federal Circuit Local Rule 47.8(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
FEDERAL COMPUTER CORPORATION, Appellant,
v.
H. Lawrence GARRETT, III, Secretary of the Navy Appellee,
and
Government Technology Services, Inc. Intervenor.
 Nos. 91-1327, 91-1328, 91-1339.
 United States Court of Appeals, Federal Circuit.
 Jan. 28, 1992.
 
 1
 DISMISSED.
 
 
 2
 JOINT STIPULATION TO DISMISS APPEALS WITH PREJUDICE
 
 
 3
 Pursuant to Rule 27(d) of the Rules of Practice of the U.S. Court of Appeals for the Federal Circuit, and Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant, Federal Computer Corp., Appellee, H. Lawrence Garrett, III, Secretary of the Navy, and Intervenor, Government Technology Services, Inc. hereby respectfully stipulate and agree to dismiss each of the above-captioned appeals, with prejudice, with each party to bear its own costs.
 
 
 4
 Respectfully submitted,
 
 
 5
 /s/ Robert E. Gregg, Esquire
 
 Thomas Folk, Esquire
 
 6
 Hazel & Thomas, P.C.
 
 3110 Fairview Park Drive
 Falls Church, Virginia 22042
 FAX: (703) 641-4340
 
 7
 /s/ Stuart M. Gerson, Esquire
 
 David M. Cohen, Esquire
 Joan Bernott, Esquire
 Special Litigation Group
 Commercial Litigation Branch
 Civil Litigation
 U.S. Department of Justice
 Attn: Classification Unit
 2nd Floor, Todd Building
 Washington, D.C. 20530
 FAX: (202) 514-7965
 
 8
 /s/ Richard J. Conway, Esquire
 
 William M. Rosen, Esquire
 Hilary S. Cairnie, Esquire
 8300 Boone Boulevard
 Vienna, Virginia 22182
 FAX: (703) 847-4616